# EXHIBIT 1



**null / ALL**
**Transmittal Number: 29105106**
**Date Processed: 05/14/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Christine DiDomizio<br>Jaguar Land Rover North America, LLC<br>100 Jaguar Land Rover Way<br>Mahwah, NJ 07495-1100 |
| **Electronic copy provided to:** | Ricardo Tapia<br>Ramsey Ong<br>Nadira Kirkland<br>Patricia Bradley<br>Agnes Wegiel<br>Timothy Fleming |

| | |
|---|---|
| **Entity:** | Jaguar Land Rover North America, LLC<br>Entity ID Number  3279821 |
| **Entity Served:** | Jaguar Land Rover North America, LLC |
| **Title of Action:** | Sana Sarkis Vorperian vs. Jaguar Land Rover North America, LLC |
| **Matter Name/ID:** | Sana Sarkis Vorperian vs. Jaguar Land Rover North America, LLC (15701833) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Breach of Warranty |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 24CHCV01776 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 05/14/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | The Margarian Law Firm<br>818-553-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**SUM-100**



# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability
Company; and DOES 1 through 30, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SANA SARKIS VORPERIAN, an individual

**Electronically FILED by
Superior Court of California,
County of Los Angeles
5/08/2024 5:24 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Chambers, Deputy Clerk**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*: Los Angeles Superior Court<br><br>Chatsworth Courthouse<br><br>9425 Penfield Avenue, Chatsworth, CA 91311 | CASE NUMBER:<br>*(Número del Caso):*<br>**24CHCV01776** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hovanes Margarian SBN 246359; Armen Margarian SBN 313775; Shushanik Margarian SBN 318617; The Margarian Law Firm; 462 West Colorado Street, Glendale, CA 91204, Tel: (818) 553-1000

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)* 05/08/2024 | Clerk, by<br>*(Secretario)* N. Chambers | | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of: *(specify):*
3. ☑ on behalf of *(specify):* JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company

   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☑ other *(specify):* Corp. Code 17701.16, limited liability company
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1    Hovanes Margarian, SBN 246359
     hovanesm@margarianlaw.com
2    Armen Margarian, SBN 313775
     armenm@margarianlaw.com
3    Shushanik Margarian, SBN 318617
     shushanik@margarianlaw.com
4    THE MARGARIAN LAW FIRM
     462 West Colorado Street
5    Glendale, California 91204
     Telephone Number: (818) 553-1000
6    Facsimile Number: (818) 553-1005

7    Attorneys for Plaintiff
     SANA SARKIS VORPERIAN

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/08/2024 5:24 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Chambers, Deputy Clerk

8

9          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10    **THE COUNTY OF LOS ANGELES, NORTH VALLEY JUDICIAL DISTRICT**

11

12    SANA SARKIS VORPERIAN, an individual,    Case No.: 24CHCV01776

13         Plaintiff,

14    vs.                **PLAINTIFF'S COMPLAINT FOR
                                      DAMAGES**

15    JAGUAR LAND ROVER NORTH AMERICA,
     LLC, a Delaware Limited Liability Company; and
16    DOES 1 through 30, inclusive,

17         Defendants.

18

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

## COMPLAINT

NOW COMES Plaintiff SANA SARKIS VORPERIAN, an individual, by and through Plaintiff's attorneys of record, The Margarian Law Firm, with Plaintiff's Complaint for Damages against Defendants JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, alleges and affirmatively states as follows:

## PARTIES

1.    Plaintiff SANA SARKIS VORPERIAN ("Plaintiff") is and was at all times relevant herein an individual residing in Los Angeles County, State of California and purchased the 2020 Land Rover Range Rover bearing the Vehicle Identification Number SALYB2EX0LA266429 ("Subject Vehicle") in the State of California.

2.    Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("Manufacturer") is and was, at all times relevant herein, a Delaware Limited Liability Company authorized to do business in the State of California and is engaged in the manufacture, sale, and distribution of motor vehicles and related equipment and services. Manufacturer is also in the business of marketing, supplying, and selling written warranties to the public at large through a system of authorized dealerships. Manufacturer does business in all counties of the State of California.

3.    Manufacturer, and DOES 1 through 30, inclusive, are collectively hereby referred to as Defendants.

## BACKGROUND

4.    Plaintiff purchased for valuable consideration the Subject Vehicle manufactured by Manufacturer.

5.    The total sales price of the Subject Vehicle totaled Fifty-One Thousand Nine Hundred Fifty Dollars and No Cents ($51,950.00).

6.    Plaintiff took possession of the Subject Vehicle and shortly thereafter experienced the various defects listed below that substantially impair the use, value, and safety of the Subject Vehicle.

7.    The defects listed below violate the express written warranties issued to Plaintiff by Manufacturer, as well as the implied warranty of merchantability.

8.    Plaintiff brought the Subject Vehicle to Manufacturer's authorized repair facilities for various

PLAINTIFF'S COMPLAINT FOR DAMAGES

defects, including, but not limited to, the following:

- Defective engine – over one (1) failed repair attempt;
- Defective engine mount vacuum hose – over one (1) failed repair attempt;
- Defective coolant system – over four (4) failed repair attempts;
- Defective coolant elbow outlet pipe – over one (1) failed repair attempt;
- Defective coolant tubes – over one (1) failed repair attempt;
- Defective auxiliary radiator – over one (1) failed repair attempt;
- Defective radiator support retaining screws – over one (1) failed repair attempt;
- Defective coolant reservoir – over one (1) failed repair attempt;
- Defective turbocharger air cooler – over one (1) failed repair attempt;
- Defective radiator coolant cap – over one (1) failed repair attempt;
- Defective driver's seat – over one (1) failed repair attempt;
- Defective interactive display control module ("IDCM") – over one (1) failed repair attempt;
- Defective infotainment system – over one (1) failed repair attempt;
- Defective upper infotainment screen - over one (1) failed repair attempt;
- Defective lower infotainment screen - over one (1) failed repair attempt;
- Defective parking assist control module ("PAM") - over one (1) failed repair attempt;
- Defective parking aid sensors – over one (1) failed repair attempt;
- Defective climate control module software – over one (1) failed repair attempt;
- Defective left and right A/B/C/D pillars finishers - over one (1) failed repair attempt;
- Defective powertrain control module ("PCM") software – over one (1) failed repair attempt;
- Any additional complaints made by Plaintiff, whether or not they are contained in Manufacturer's records or on any repair orders.

9.     Plaintiff provided Manufacturer through Manufacturer's authorized repair facilities sufficient opportunities to repair the Subject Vehicle.

10.    Plaintiff brought the Subject Vehicle to Manufacturer's authorized repair facilities for repair

1   on five (5) occasions. (The true and correct copies of the Subject Vehicle's repair orders are attached

2   herein and marked as Exhibit A.)

3      a. 08/10/2021: Plaintiff brought the Subject Vehicle to Land Rover Encino located and doing

4         business at 15800 Ventura Boulevard, Encino, CA 91436 ("Land Rover Encino") as the engine

5         fan was running very loudly even after the Subject Vehicle shut off after driving. Additionally,

6         the Subject Vehicle would give an alert regarding radiator levels. The personnel at Land Rover

7         Encino performed coolant pressure test and verified Plaintiff's concern. They found the coolant

8         elbow outlet was leaking fluid. They renewed the coolant elbow outlet pipe. The personnel at

9         Land Rover Encino also found the engine mount of the Subject Vehicle was leaking. They

10        installed a new engine mount vacuum hose per service bulletin LTB 01287NAS4. There was also

11        open service campaign N451 related to updating certain vehicles' PCM software, including the

12        Subject Vehicle. The personnel at Land Rover Encino performed the service campaign. The

13        Subject Vehicle was at Land Rover Encino for a total of fourteen (14) days.

14     b. 05/25/2022: Plaintiff brought the Subject Vehicle to Land Rover Encino as the driver's seat would

15        make noise when adjusting. The personnel at Land Rover Encino verified the concern and found

16        the mechanical system of the driver's seat was dry. They applied lube to the mechanical system.

17        Plaintiff also complained about the air conditioning ("AC") dial being stuck. The personnel at

18        Land Rover Encino verified the concern and found the lower infotainment screen had micro

19        cracking and verified that there was no outside influence. They replaced the lower infotainment

20        screen. Plaintiff also complained about the climate control fan being always on. The personnel at

21        Land Rover Encino updated the climate control module software. Plaintiff also complained about

22        the entertainment system shutting off while driving the Subject Vehicle. Plaintiff had to restart

23        the Subject Vehicle to fix the problem. The Personnel at Land Rover Encino verified the concern

24        and replaced the upper infotainment screen. The Subject Vehicle was at Land Rover Encino for a

25        total of sixteen (16) days.

26     c. 10/10/2022: Plaintiff brought the Subject Vehicle to Jaguar Land Rover Woodland Hills located

27        and doing business at 22006 West Erwin Street, Woodland Hills, CA 91367 ("Land Rover

28        Woodland Hills") because the coolant level kept getting low and required constant top-off.

Additionally, Plaintiff complained about a burning smell and smoke coming from under the hood area. The personnel at Land Rover Woodland Hills verified the concern They removed the coolant tubes and found a defective seal. They installed new coolant tubes. The Subject Vehicle was at Land Rover Woodland Hills for a total of eight (8) days.

d.   03/22/2023: Plaintiff brought the Subject Vehicle to Land Rover Woodland Hills because the coolant level was low and needed to be topped off frequently. The personnel at Land Rover Woodland Hills verified the concern and found the auxiliary radiator was leaking. They replaced the auxiliary radiator and support retaining screws. Plaintiff also complained about the finish of the A/B/C/D pillar trims coming off. The personnel at Land Rover Woodland Hills verified the finishers of the left and right A/B/C/D pillars were delaminating. They replaced the finishers. Plaintiff also complained about the parking aid sensors being inoperative. The personnel at Land Rover Woodland Hills verified the concern and reset the Subject Vehicle's PAM. Plaintiff also complained about the upper infotainment screen making noise, turning off and retracting into dash. The personnel at Land Rover Woodland Hills were unable to verify the concern. The Subject Vehicle was at Land Rover Woodland Hills for a total of twenty-three (23) days.

e.   04/18/2023: Plaintiff brought the Subject Vehicle to Land Rover Woodland Hills because coolant was leaking. The personnel at Land Rover Woodland Hills verified the concern and found an internal coolant leak at the turbocharger cooler. They also found the coolant cap was leaking and the coolant reservoir failed. They replaced the turbocharger air cooler and the coolant cap. The Subject Vehicle was at Land Rover Woodland Hills for a total of thirty-five (35) days.

11.   The Subject Vehicle has been at the service and repair facility undergoing repairs for nearly ninety-six (96) days.

12.   Manufacturer, through its authorized repair facilities, was unable and/or failed to repair the Subject Vehicle within a reasonable number of attempts.

13.   As of the present date, the Subject Vehicle still has ongoing problems that were never resolved despite multiple repair attempts.

14.   Employees at Manufacturer's authorized service and repair facilities allegedly performed repairs and performed the complimentary vehicle inspections of the Subject Vehicle, but there was no

1    change in the defective parts, and the Subject Vehicle remains defective.

2        15.    Plaintiff justifiably lost confidence in the Subject Vehicle's reliability and said defects have

3    substantially impaired the use, value, and/or safety of the Subject Vehicle to Plaintiff.

4        16.    As a result of said defects, Plaintiff revoked acceptance of the Subject Vehicle in writing on

5    06/15/2023. The Final Notice of Violation of California Law, including but not Limited to the California

6    Song-Beverly Consumer Warranty Act and the Federal Magnuson-Moss Warranty Act ("Final Notice of

7    Violation") was mailed out to Manufacturer on 07/25/2023. The said letters were delivered to

8    Manufacturer's business addresses. (The true and correct copies of the letter for revocation, Final Notice

9    of Violation and envelopes are attached hereto and marked as Exhibit B.)

10       17.    At the time of revocation, the Subject Vehicle was substantially in the same condition as at

11   the time of delivery, except for damages caused by its own defects and ordinary wear and tear.

12       18.    To date, Manufacturer has failed to accept Plaintiff's demand for revocation and has refused

13   to provide Plaintiff with the remedies Plaintiff is entitled to upon revocation.

14       19.    The Subject Vehicle remains in a defective and unmerchantable condition and continues to

15   exhibit the above-mentioned defects that substantially impair its use, value, and/or safety.

16       20.    Plaintiff has and will continue to be financially damaged due to Manufacturer's failure to

17   comply with the provisions of the express and implied warranties.

18                          **FIRST CAUSE OF ACTION**

19                          BREACH OF WRITTEN WARRANTY

20              PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

21                          *(Against All Defendants)*

22       21.    Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of

23   Plaintiff's Complaint for Damages.

24       22.    Plaintiff acquired a consumer product and received the Subject Vehicle during the duration of

25   a written warranty period as defined in 15 U.S.C. § 2301(6) applicable to the Subject Vehicle and is

26   entitled by the terms of the written warranty to enforce against Manufacturer the obligations of said

27   warranty.

28       23.    Manufacturer is a business entity engaged in the business of making a consumer product

1  directly available to Plaintiff.

2      24.   The Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.,* is applicable to Plaintiff's

3  Complaint in that the Subject Vehicle was manufactured and leased after July 4, 1975, and costs in excess

4  of Ten Dollars ($10.00).

5      25.   Plaintiff's purchase of the Subject Vehicle was accompanied by written factory warranties for

6  any nonconformities or defects in materials or workmanship, comprising an undertaking in writing in

7  connection with the purchase of the Subject Vehicle to repair the Subject Vehicle or take other remedial

8  action free of charge to Plaintiff with respect to the Subject Vehicle if the Subject Vehicle failed to meet

9  the specifications set forth in said undertaking.

10      26.   Said warranties were the basis of the bargain of the agreement between Plaintiff and

11  Manufacturer for the purchase of the Subject Vehicle to Plaintiff by and through Manufacturer's

12  authorized dealers.

13      27.   Said acquisition of Plaintiff's Subject Vehicle was induced by, and Plaintiff relied upon, these

14  written warranties.

15      28.   Plaintiff has met all of his obligations and preconditions as provided in the written warranties.

16      29.   Manufacturer's tender of the Subject Vehicle was substantially impaired to Plaintiff.

17      30.   Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiff,

18  constitutes a violation of 15 U.S.C. § 2301, *et seq.*

19      31.   As a direct and proximate result of Manufacturer's failure to comply with its express written

20  warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiff is

21  entitled to bring suit for such damages and other equitable relief.

22  **SECOND CAUSE OF ACTION**

23  BREACH OF IMPLIED WARRANTY

24  PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

25  *(Against All Defendants)*

26      32.  Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of

27  Plaintiff's Complaint for Damages.

28      33.  The Subject Vehicle acquired by Plaintiff was subject to an implied warranty of

PLAINTIFF'S COMPLAINT FOR DAMAGES

1  merchantability as defined in 15 U.S.C. § 2301(7) running from Manufacturer to the intended consumer,

2  Plaintiff herein.

3    34.   Manufacturer is a supplier of consumer goods as a business entity engaged in the business of

4  making a consumer product available to Plaintiff.

5    35.   Pursuant to 15 U.S.C. § 2308(a), Manufacturer is prohibited from disclaiming or modifying

6  any implied warranty when making a written warranty to the consumer or when Manufacturer has entered

7  into a contract in writing within ninety (90) days of purchase and/or lease to perform services relating to

8  the maintenance or repair of a motor vehicle.

9    36.   Plaintiff's Subject Vehicle was impliedly warranted to be substantially free of defects and

10  nonconformities in both material and workmanship, and thereby fit for the ordinary purpose for which

11  the Subject Vehicle was intended.

12    37.   The Subject Vehicle was warranted to pass without objection in the trade under the contract

13  description and was required to conform to the descriptions of the vehicle contained in the contracts and

14  labels.

15    38.   The above-described defects in the Subject Vehicle render the Subject Vehicle unfit for the

16  ordinary and essential purpose for which the Subject Vehicle was intended.

17    39.   Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiff,

18  constitutes a violation of 15 U.S.C. § 2301, *et seq.*

19    40.   Any efforts to limit the implied warranties in a manner that would exclude coverage of the

20  Subject Vehicle is unconscionable, and any such effort to disclaim, or otherwise limit, liability for the

21  Subject Vehicle is null and void.

22    41.   Any limitations on the warranties are procedurally unconscionable. There was unequal

23  bargaining power between Manufacturer, on the one hand, and Plaintiff, on the other.

24    42.   Any limitations on the warranties are substantively unconscionable. Manufacturer knew that

25  the Subject Vehicle was defective and would continue to pose a safety risk after the warranties

26  purportedly expired. Manufacturer failed to disclose the aforementioned defects to Plaintiff. Thus,

27  Manufacturer's enforcement of the durational limitations on those warranties is harsh and shocks the

28  conscience.

43.   Plaintiff has had sufficient direct dealings with either Manufacturer or its agents (Manufacturer's authorized dealers) to establish privity of contract.

44.   Nonetheless, privity is not required here because Plaintiff is an intended third-party beneficiary of contracts between Manufacturer and its dealers, and specifically, of the implied warranties. The dealers were not intended to be the ultimate consumers of the Subject Vehicle and have no rights under the warranty agreements provided with the Subject Vehicle; the warranty agreements were designed for and intended to benefit consumers. Finally, privity is also not required because the Subject Vehicle is a dangerous instrumentality due to the aforementioned defects.

45.   Plaintiff provided written notice of breach to Manufacturer and a request to cure. Nonetheless, as a direct and proximate result of Manufacturer's failure to comply with its implied warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiff is entitled to bring suit for such damages and other equitable relief.

46.   Furthermore, affording Manufacturer an opportunity to cure its breach of written warranties would be unnecessary and futile here. Under the circumstances, the remedies available under any informal settlement procedure would be inadequate and any requirement that Plaintiff resorts to an informal dispute resolution procedure and/or afford Manufacturer a reasonable opportunity to cure its breach of warranties is excused and thereby deemed satisfied.

47.   Plaintiff provided written notice of breach of implied warranties and related consumer protection laws, and opportunity to cure, via letter to Manufacturer.

48.   Plaintiff would suffer economic hardship if he returned the Subject Vehicle but did not receive the return of all payments made by him. Because Manufacturer is refusing to acknowledge any revocation of acceptance and return immediately any payments made, Plaintiff has not accepted the defects by retaining the Subject Vehicle.

///
///
///
///
///

### THIRD CAUSE OF ACTION

BREACH OF WRITTEN WARRANTY

PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

*(Against All Defendants)*

49.     Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of Plaintiff's Complaint for Damages.

50.     Manufacturer is the warrantor of the Subject Vehicle's express warranty.

51.     Pursuant to the Subject Vehicle's express warranty, Manufacturer undertook to preserve or maintain the utility or performance of the Subject Vehicle or provide compensation if there was a failure in such utility or performance.

52.     The Subject Vehicle has and has had serious defects and nonconformities to warranty including, but not limited to, the defects described above.

53.     the Subject Vehicle was purchased primarily for family or household purposes, and Plaintiff has used the Subject Vehicle primarily for this purpose. (Cal. Civ. Code §1793.22(e)(2).)

54.     Plaintiff is a "buyer" of the Subject Vehicle under the California Lemon Law.

55.     The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value, and/or safety of the Subject Vehicle.

56.     Pursuant to Cal. Civ. Code § 1793.2(c), Plaintiff has delivered the Subject Vehicle to the Manufacturer's service and repair facilities within this state and/or other authorized service dealers of Manufacturer within the terms of protection and has tendered the Subject Vehicle for repairs of the above-mentioned defects that substantially affect the use, value, and safety of the Subject Vehicle.

57.     Manufacturer, through its service and repair facilities and/or other authorized dealerships, has been unable to repair the said defects in a reasonable number of attempts.

58.     By failure of Manufacturer to remedy the defects as alleged above, or to issue a refund or replacement, Manufacturer is in breach of its obligations under the California Lemon Law.

59.     Plaintiff is entitled to justifiably revoke acceptance of the Subject Vehicle under the California Lemon Law.

PLAINTIFF'S COMPLAINT FOR DAMAGES

60.     Pursuant to Cal. Civ. Code § 1793.2(d), Plaintiff is entitled to a refund of the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, any and all incidental and consequential damages as a result of the purchase, including all collateral charges such as sales tax, license fees, registration fees, other official fees, plus any incidental damages including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiff.

61.     Pursuant to Cal. Civ. Code § 1794, Plaintiff is entitled to recover a sum equal to the aggregate amount of costs and expenses, including attorneys' fees reasonably incurred.

62.     Manufacturer has willfully violated the provisions of this act by knowing of its obligations to refund or replace Plaintiff's Subject Vehicle but failing to fulfill them.

## FOURTH CAUSE OF ACTION

### BREACH OF IMPLIED WARRANTY

### PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

*(Against All Defendants)*

63.     Plaintiff re-alleges and incorporates by reference as fully set forth herein, all paragraphs of Plaintiff's Complaint for Damages.

64.     The Subject Vehicle acquired by Plaintiff was subject to an implied warranty of merchantability as defined in Cal Civ. Code. § 1790, *et seq.* running from Manufacturer to the intended consumer, Plaintiff herein.

65.     The implied warranty of merchantability means and includes that the goods will comply with each of the following requirements: (1) they would pass without objection in the trade under the contract description; (2) they are fit for the ordinary purposes for which such goods are used; (3) they are adequately contained, packaged, and labeled; and (4) they conform to the promises or affirmations of fact made on the container or label.

66.     Manufacturer is a supplier of consumer goods as a business entity engaged in the business of making a consumer product available to Plaintiff.

67.     Manufacturer is prohibited from disclaiming or modifying any implied warranty under Cal. Civ. Code § 1790, *et seq.*

68.     Pursuant to Cal. Civ. Code § 1790, *et seq.*, Plaintiff's Subject Vehicle was impliedly warranted

PLAINTIFF'S COMPLAINT FOR DAMAGES

1   to be fit for the ordinary use or which the Subject Vehicle was intended.

2       69.    The Subject Vehicle was warranted to pass without objection in the trade under the contract

3   description and was required to conform to the descriptions of the vehicle contained in the contracts and

4   labels.

5       70.    Because the Subject Vehicle was sold to Plaintiff with serious defects that manifested

6   themselves within the period of the implied warranty and which substantially reduced its safety and

7   performance, it (1) would not pass without objection in the trade under the contract description; (2) was

8   and is not fit for the ordinary purposes for which such goods are used; (3) was not adequately contained,

9   packaged, and labeled; and (4) did not conform to the promises or affirmations of fact made on the

10   container or label.

11       71.    The above-described defects in the Subject Vehicle caused it to fail to possess the most basic

12   degree of fitness for ordinary use.

13       72.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Subject Vehicle

14   and is entitled under the California Lemon Law to rescind the Sale Contract ("contract") and to restitution

15   of all money paid towards the contract. This complaint also, again, hereby rejects and revokes acceptance

16   of the Subject Vehicle.

17       73.    As a result of the breach of implied warranty by Manufacturer, Plaintiff has suffered and

18   continues to suffer various damages.

19   **FIFTH CAUSE OF ACTION**

20   VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200, ET SEQ.

21   *(Against All Defendants)*

22       74.    Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of

23   Plaintiff's Complaint for Damages.

24       75.    Plaintiff has standing to bring this claim because he has lost money or property as a result of

25   the alleged misconduct.

26       76.    A plaintiff has standing when he/she (1) loses or is deprived of money or property sufficient

27   to qualify as injury in fact, i.e., economic injury, and (2) the economic injury was the result of, i.e., caused

28   by, the unfair business practice of false advertising that is the gravamen of the claim. *Kwikset Corp. v.*

1    *Superior Court*, 52 Cal.4th 310, 322 (2011.)

2        77.    Economic injury from unfair competition exists if a plaintiff (1) surrenders in a transaction

3    more, or acquires in a transaction less, than he or she otherwise would have; (2) has a present or future

4    property interest diminished; (3) is deprived of money or property to which he, she or it has a cognizable

5    claim; or (4) is required to enter into a transaction, costing money or property, that would otherwise have

6    been unnecessary. *Id.* at 323.

7        78.    California Business & Professions Code § 17200, *et seq.* prohibits any unlawful, unfair, or

8    fraudulent business act or practice. It also prohibits unfair, deceptive, untrue, or misleading advertising.

9        79.    The **unlawful** prong "borrows violations of other laws and treats them as independently

10   actionable." *See Daugherty v. Am. Honda Motor Co., Inc.*, 144 Cal.App.4th 824, 837, 51 Cal.Rptr.3d 118

11   (2006). Manufacturer has engaged in unlawful business acts and practices by: (1) selling defective

12   vehicles to the public while misrepresenting their condition; and (2) concealing and failing to disclose a

13   known defect. These acts and practices were intended to and did violate several laws, including, but not

14   limited to, Cal. Civ. Code § 1709, *et seq.* and the California Lemon Law.

15       •    Cal. Civ. Code § 1709 states that "one who willfully deceives another with intent to induce

16            him to alter his position to his injury or risk, is liable for any damage which he thereby suffers."

17            Here, Manufacturer violated § 1709 in that Manufacturer intentionally misrepresented the

18            safety and reliability of the Subject Vehicle to induce Plaintiff's purchase of the Subject

19            Vehicle.

20       80.    The **unfair** prong requires alleging a practice that "offends an established public policy or is

21   immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers." *Bardin v. Daimler*

22   *Chrysler Corp.*, 136 Cal.App.4th 1255, 1263, 1266, 39 Cal.Rptr.3d 634 (2006). Manufacturer engaged

23   in unfair business acts or practices in that the justification for selling and leasing vehicles based on the

24   misrepresentations and omissions of material fact delineated above is outweighed by the gravity of the

25   resulting harm, particularly considering the available alternatives, and offends public policy, is immoral,

26   unscrupulous, unethical, and offensive, or causes substantial injury to consumers.

27       •    A business act is **unfair** if (1) the consumer injury is substantial, (2) the injury is not

28            outweighed by any countervailing benefits to consumers or competition, and (3) the injury

-13-

1    could not reasonably have been avoided by consumers themselves.

2    • Here, Plaintiff's injury is substantial since Plaintiff would not have otherwise acquired the

3    Subject Vehicle had he known the Subject Vehicle was not safe, not reliable, and not fit for

4    its intended purpose. Plaintiff has further been damaged in that he has paid out of pocket

5    expenses to repair, tow, and otherwise store the Subject Vehicle as well as paid money towards

6    a rental vehicle while the Subject Vehicle was nonoperational.

7    • Plaintiff's injury is not outweighed by any countervailing benefits to consumers or

8    competition. There were reasonably available alternatives to further Manufacturer's legitimate

9    business interests, other than the conduct described herein.

10   • Plaintiff specifically inquired about the Subject Vehicle's condition and whether it was free

11   from defects. Manufacturer knowingly and/or recklessly lied to Plaintiff to induce the

12   purchase of the Subject Vehicle. Plaintiff's injury, therefore, could not reasonably have been

13   avoided by Plaintiff.

14   81.    The **fraudulent** prong "requires a showing [that] members of the public are likely to be

15   deceived." *Wang v. Massey Chevrolet*, 97 Cal.App.4th 856, 871, 118 Cal.Rptr.2d 770 (2002).

16   Manufacturer engaged in fraudulent business acts or practices in that the representations and omissions

17   of material fact described above have a tendency and likelihood to deceive purchasers and/or lessees of

18   these vehicles, and the general public.

19   • An advertisement or promotional practice is likely to deceive if it includes assertions that are

20   (1) untrue, or (2) "'true [, but] are either actually misleading or which [have] the capacity,

21   likelihood or tendency to deceive or confuse the public.' [Citation]." (*Kasky v. Nike, Inc.* 27

22   Cal.4th 939, 951 (2002); *Leoni v. State Bar* 39 Cal.3d 609, 626 (1985).)

23   • Here, Manufacturer's practice of misrepresenting the safety and reliability of their vehicles is

24   likely to deceive members of the public because the statements are untrue. It is inconceivable

25   to think that consumers will be able to see through Manufacturer's misrepresentations and

26   know that Manufacturer's vehicles are neither safe, nor reliable, nor fit for their intended

27   purpose.

28   82.    The business scheme employed by Manufacturer is unlawful, unfair, and fraudulent because

1    Manufacturer is purposely concealing information about the aforementioned defects so that consumers,

2    like Plaintiff, will purchase and/or lease a vehicle that is neither functionable, reliable, safe, nor fit for its

3    ordinary purpose.

4        83.    Manufacturer deceived Plaintiff by failing to disclose the aforementioned defects and

5    inducing the purchase of the Subject Vehicle.

6        84.    Manufacturer has every intention of deceiving and injuring consumers. If they did not, then

7    Manufacturer would not be so immoral, unethical, oppressive, unscrupulous, and deceptive when it

8    comes to the defective Subject Vehicle.

9        85.    The business scheme deployed by Manufacturer to deceive Plaintiff into acquiring the Subject

10   Vehicle with the aforementioned defects is unlawful, unfair, and fraudulent.

11       86.    Plaintiff surrendered more in the transaction because he acquired a vehicle that was defective.

12   Had Plaintiff been aware of the aforementioned defects, he would not have acquired the Subject Vehicle

13   in the first place and/or at least paid less for the Subject Vehicle. As such, Plaintiff has established a loss

14   or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset Corp.*, 52 Cal.4th 310,

15   323.

16       87.    Manufacturer commits these acts with the conscious and reckless disregard to the truth or

17   falsity of such misrepresentations and promises and wrongful acts in violation of Cal. Bus. & Prof. Code

18   § 17200, *et seq.*

19       88.    The acts of Manufacturer as herein described present a continuing threat to members of the

20   general public in that Manufacturer continues to engage in these deceptive practices and will not cease

21   doing so unless and until an injunction is issued by this Court.

22       89.    If Manufacturer is allowed to continue to engage in these deceptive practices other consumers

23   will also purchase and/or lease defective vehicles putting themselves and others on the road in extreme

24   danger.

25       90.    As a direct result of the aforementioned acts, Manufacturer unlawfully, unfairly, and unjustly

26   collected and continue to hold revenues and profits derived directly or indirectly from Plaintiff, who has

27   been victimized by the practices challenged herein. Manufacturer failed to disgorge and/or waive any of

28   these revenues that do not properly belong to it.

91.     In accordance with the provisions of Cal. Bus. & Prof. Code §§ 17200 and 17203, Plaintiff is entitled to an order enjoining the unlawful, unfair, deceptive, and/or fraudulent acts as described herein, and directing Manufacturer to make full restitution to Plaintiff, who has suffered from such acts.

92.     As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein.

93.     Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

## SIXTH CAUSE OF ACTION

### VIOLATION OF BUSINESS & PROFESSIONS CODE § 17500, ET SEQ.

*(Against All Defendants)*

94.     Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of Plaintiff's Complaint for Damages.

95.     Plaintiff has standing to bring this claim because he has lost money or property as a result of the misconduct alleged.

96.     Cal. Bus. & Prof. Code § 17500, *et seq.* prohibits unfair, deceptive, untrue, or misleading communications and statements, including, but not limited to, false statements as to the nature of services to be provided.

97.     The business schemes employed by Manufacturer are unfair, deceptive, untrue, and misleading because they are taking advantage of their statuses as experts in the industry and selling vehicles to consumers who are unaware, and have no reason to be aware, that the vehicles are in fact defective.

98.     Manufacturer deceived Plaintiff by designing, manufacturing, producing, distributing, leasing the Subject Vehicle with the aforementioned defects.

99.     Manufacturer intentionally made the previously alleged misrepresentations and promises,

devised, and executed a scheme to defraud Plaintiff, and did so resulting in a damage to Plaintiff with the conscious and reckless disregard to the truth or falsity of such misrepresentations and promises and wrongful acts.

100.    In acting so, Manufacturer committed acts of untrue and misleading advertising as defined in Cal. Bus. & Prof. Code § 17500, by advertising their services contrary to their true nature.

101.    Manufacturer knew, or should have known, that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

102.    Plaintiff did in fact rely on Manufacturer's deceptive, untrue, and misleading communications and statements and suffered damages as a direct result. As such, Plaintiff has established a loss or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset,* 52 Cal.4th 310, 323.

103.    Plaintiff's reliance on the representations was justified and reasonable because Manufacturer is an expert in the industry. There was no reason for Plaintiff to know that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

104.    Manufacturer's unfair, deceptive, untrue, and misleading communications and advertising described above present a continuing threat to members of the general public in that Manufacturer will continue to engage in these practices with respect to the general public and will not cease doing so unless and until an injunction is issued by this Court.

105.    If Manufacturer is allowed to continue to engage in these deceptive practices more consumers will purchase and/or lease defective vehicles putting more and more people in extreme danger.

106.    As a direct result of the aforementioned acts, Manufacturer has received, and continue to unjustly hold, collect, or accept revenues derived directly or indirectly from Plaintiff, through untrue and misleading representations and advertising.

107.    In accordance with the provisions of Cal. Bus. & Prof. Code §§ 17500 and 17535, Plaintiff is entitled to an order enjoining the acts of untrue and misleading advertising and representations described herein and directing Manufacturer to make full restitution to Plaintiff, who suffered from such acts.

108.    As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein.

109.    Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation

in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and at the time of the purchase, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

## SEVENTH CAUSE OF ACTION

### STRICT LIABILITY

*(Against All Defendants)*

110.    Plaintiff re-alleges and incorporates by reference as fully set forth herein all paragraphs of Plaintiff's Complaint for Damages.

111.    The Subject Vehicle was defective in its design and/or its manufacture.

112.    Manufacturer is the manufacturer of the Subject Vehicle.

113.    The defects were the cause of Plaintiff's injury.

114.    Plaintiff's injury resulted from his reasonably foreseeable use of the Subject Vehicle.

115.    As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiff has suffered damages for which relief is sought herein.

116.    Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiff suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiff, plus tax and licensing fees.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

- For recovery of the greater of actual damages according to proof, if adequate, as

1   appropriate;

2   • For recovery of all incidental damages, as appropriate;

3   • For recovery of all consequential damages, as appropriate;

4   • For restitution, as appropriate;

5   • For injunctive relief, as appropriate;

6   • For recovery of interest at the legal rate, as appropriate;

7   • For recovery for all reasonable attorneys' fees and the aggregate amount of costs
8     reasonably incurred pursuant to California's Private Attorney General Statute, Cal. Civ.
9     Proc. Code § 1021.5, as appropriate; or

10  • Recovery for all reasonable attorneys' fees and the aggregate amount of costs reasonably
11    incurred pursuant to Cal. Civ. Code § 1794;

12  • For refund of all monies paid for the Subject Vehicle including all collateral charges and
13    incidental damages pursuant to Cal. Civ. Code § 1793.2(d);

14  • A civil penalty not to exceed two times the amount of actual damages pursuant to Cal. Civ.
15    Code § 1794(c);

16  • For refund of all monies paid for the Subject Vehicle pursuant to 15 U.S.C. § 2304(a)(4);

17  • For refund of all incidental and consequential damages incurred pursuant to 15 U.S.C. §
18    2304(a)(3);

19  • For recovery for all reasonable attorneys' fees and the aggregate amount of costs
20    reasonably incurred pursuant to 15 U.S.C. § 2310(d)(2); and

21  • For recovery of One Hundred Fifty-Six Thousand Three Hundred Ninety Dollars and
22    Eighty-Three Cents ($156,390.83) in damages.

23  **PLAINTIFF HEREBY REQUESTS A JURY TRIAL IN THIS MATTER**

24  DATED: 05/08/2024                          THE MARGARIAN LAW FIRM
                                                462 West Colorado Street
25                                              Glendale, California 91204

26                                              By */s/ Hovanes Margarian*
27                                              Hovanes Margarian
                                                Attorney for Plaintiff
                                                SANA SARKIS VORPERIAN
28

1
2
3
4
5
6
7
8
9
10

**EXHIBIT A**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S COMPLAINT FOR DAMAGES

*VAHE H VORPERIAN* **INVOICE** Invoice #: **414887**

Tag #: **3586**

 

**Land Rover Encino**

16800 Ventura Blvd., Encino, CA 91436   818-890-6870

| Home: | Bus: | | Customer #: 7262712 | | | | | EPA # CAD 981674872 | |
|---|---|---|---|---|---|---|---|---|---|
| Cell: | Email: | | Service Advisor: *9343 BROOKE WICKER*  BAR # ARD213703 | | | | | | |

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER RANGE ROV | | SALYB2EX0LA266429 | | 19794 | 19804 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 01JAN20 D | | | 18:00 21AUG21 | | | CASH | 24AUG21 | 07:44 10AUG21 | 12:30 24AUG21 |

OPTIONS: DLR:000104 ENG:2.0_Liter

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
A CUSTOMER STATES ENGINE FAN IS RUNNING VERY LOUDLY EVEN AFTER CAR
        SHUTS OFF AFTER DRIVING. STATES VEHICLE GIVES HIM ALERT ABOUT
        RADIATOR LEVELS. PLEASE CHECK AND ADVISE.
CAUSE: LOW COOLANT LEVEL
     261020 ELBOW - COOLANT OUTLET - CYLINDER HEAD -                    (N/C)
        RENEW
        9625    WR                                                      (N/C)
        1 LR122821 TUBE - WATER OUT
     261007 COOLING SYSTEM - PRESSURE TEST                              (N/C)
        9625    WR
     020202 DRIVE IN-DRIVE OUT                                          (N/C)
        9625    WR
     FC: DW
     PART#: LR122821
     COUNT: 1
     CLAIM TYPE:       11
     AUTH CODE:
     VW*MG3
PARTS:    0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE A:     0.00
19794 coolant elbow outlet hed leak fluid during cooling pressure
test found elbow coolant outlet pipe leak coolant customer advise
customer authorize repair renew coolant elbow outlet pipe re test now
ok.
        ****************************************
B Customer Requests a Multi-Point Inspection be Perfomed at This Time
   MULTI-A Customer Requests a Multi-Point
        Inspection be Perfomed at This Time
        9625CRMPI                                               0.00    0.00
   GBATT BATTERY TESTS GOOD AT THIS TIME - NO
        ATTENTION NEEDED AT THIS TIME
        9625CRMPI                                               0.00    0.00
   GTIRE TIRES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
        ON YOUR NEXT VISIT
        9625CRMPI                                               0.00    0.00
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

| | | | | | TERMS: CASH OR VISA · MASTERCARD DISCOVER | LABOR AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | | | | NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | PARTS AMOUNT | |
| | | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| | | | | | | MISC. CHARGES | |
| | | | | | *HAZARDOUS WASTE DISPOSAL: | TOTAL CHARGES | |
| | | | | | | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| | | | | | | **PLEASE PAY THIS AMOUNT** | |

**Customer Copy**

Copyright 2014 CDK Global, LLC  EMP SERVICE INVOICE · XSDC · 9530704 · IMAGING

Notice to Consumer: Please read important information on back.

*Page 1 of 3*

*VAHE H VORPERIAN*

**INVOICE**

Invoice #: **414887**

Tag #: **3586**




**Land Rover Encino**

16900 Ventura Blvd., Encino, CA 91436    818-990-9870

| Home: | Bus: | Customer #: **7262712** | | | |
| Cell: | Email: | | | | |

Service Advisor: *9343 BROOKE WICKER*   BAR # ARD213703

EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| | 20 | LAND ROVER RANGE ROV | SALYB2EX0LA266429 | | 19794 | 19804 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 18:00 21AUG21 | | | CASH | 24AUG21 | 07:44 10AUG21 | 12:30 24AUG21 |

OPTIONS: DLR:000104 ENG:2.0_Liter

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
            GBK BRAKES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
            ON YOUR NEXT VISIT
            9625CRMPI
PARTS:      0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE B:        0.00   0.00
            ***********************************************************   0.00
C** RECALL N451 - COOLANT PUMP OPERATION
CAUSE: PERFORM CAMP
      851803 POWERTRAIN CONTROL MODULE (PCM) - UPDATE
      ECU
      FC: 82  9625    WR                                                  (N/C)
      CLAIM TYPE:  PART#:  COUNT:
      AUTH CODE:   14
      N451A*
PARTS:      0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE C:        0.00
      19794 camp N451 Completed power train control module software as
      per camp N451
            ***********************************************************
D** DURING REPAIRS TECH FOUND ENGINE MOUNT LEAKING NOTIFY CUSTOMER AND
    CUSTOMER REQUESTS ENGINE MOUNT REPLACEMENT AS PER TECHNICIAN
    RECOMMENDATION
CAUSE: LEFT MTR MNT IS LEAKING
      124511 MOUNTING - LH - RENEW
            9625    WR
      1 LR117099 BRACKET - ENGINE                                        (N/C)
      1 LR133928 HOSE - VACUUM                                           (N/C)
      020210 WORKSHOP CONTROLLER AUTHORIZED ROAD TEST                    (N/C)
      0.20 HOURS
            9625    WR                                                   (N/C)
      FC: AR
      PART#: LR094228
      COUNT: 0
      CLAIM TYPE:   11
      AUTH CODE:
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

| | LABOR AMOUNT | |
| TERMS: CASH OR VISA - MASTERCARD DISCOVER | PARTS AMOUNT | |
| NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| "HAZARDOUS WASTE DISPOSAL: | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.

*Page 2 of 3*

*VAHE H VORPERIAN*  **INVOICE**  Invoice #: **414887**    

Tag #: **3586**

## Land Rover Encino

15500 Ventura Blvd., Encino, CA 91436   818-990-6870

| Home: | Bus: | Customer #: 7262712 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cell: | Email: | | Service Advisor: **9343 BROOKE WICKER** | | | BAR # ARD213703 | | EPA # CAD 981674872 |

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER RANGE ROV | | SALYB2EX0LA266429 | | | 19794 | 19804 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 01JAN20 D | | | 18:00 21AUG21 | | | CASH | 24AUG21 | 07:44 10AUG21 | 12:30 24AUG21 |

OPTIONS: DLR:000104 ENG:2.0_Lter

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

VW*MQ2

PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE D:     0.00
19804 driver side engine mount leak fluid during inspection found
driver side engine mount leak fluid renew engine mount and per bulletin
LTB01287NAS4 and remove and discard the section of active engine mount
vacuum hose Install the section of active engine mount vacuum hose, as
shown in the illustration. road test after replacement
*************************************************************

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

*Customer Copy*

| | | | | |
|---|---|---|---|---|
| LABOR AMOUNT | | | | 0.00 |
| PARTS AMOUNT | | | | 0.00 |
| SUBLET AMOUNT | | | | 0.00 |
| MISC. CHARGES | | | | 0.00 |
| TOTAL CHARGES | | | | 0.00 |
| LESS INSURANCE | | | | 0.00 |
| SALES TAX | | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | | | 0.00 |

Notice to Consumer: Please read important information on back.

*VAHE H VORPERIAN*  **INVOICE**  Invoice #: **422258**   

Tag #: **Y5604**

**Land Rover Encino**

15800 Ventura Blvd., Encino, CA 91436  818-990-2970

| Home: | | Bus: | | Customer #: **7262712** | | | | | |
|-------|--|------|--|--------------------------|--|--|--|--|--|
| Cell: | | Email: | | | | | | | |

Service Advisor: **9153 JACK ELLIOTT**  BAR # ARD213703  EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | | MILEAGE IN | MILEAGE OUT |
|-------|------|------------|--|-----|--|---------|--|------------|-------------|
| | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | | | | 28894 | 28894 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 25MAY22 | | | CASH | 10JUN22 | 10:28 25MAY22 | 13:14 10JUN22 |
| OPTIONS: DLR:000104 ENG:2.0_Liter | | | | | | | | | |

```
A DRIVER'S SEAT MAKES NOISE WHEN YOU ADJUST THE SEAT CHECK AND ADVISE
CAUSE:
     BY001 Miscellaneous Body - Repair
          9625IREPS
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:          (N/C)
28894 operated driver seat to verify concern, found mechanical         0.00
system dry apply lube re test now ok.
          *************************************************
B Customer states A/C dial is stuck - please check
CAUSE: AC CONTROL
     870164 INTERACTIVE CONTROL DISPLAY MODULE (ICDM)
            - RENEW
            9625    WR                                                  (N/C)
          1 LR156770 CONTROL - AUDIO/                                   (N/C)
     020202 DRIVE IN-DRIVE OUT
            9625    WR                                                  (N/C)
     020204 FRED SUBMISSION - PARTICIPATING DEALERS
            ONLY
            9625    WR                                                  (N/C)
     858812 INTERACTIVE CONTROL DISPLAY MODULE (ICDM)
            - UPDATE ECU
            9625    WR                                                  (N/C)
     FC: DJ
     PART#: LR156770
     COUNT: 1
     CLAIM TYPE:   11
     AUTH CODE:
     VW*CF1
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B:
28894 integrity of both screen failure verify customer concern,        0.00
concern confirmed right side button hard to move and inspect screen
have micro cracking, no outside influence found need open fred
authorization to replace, renew lower lower screen as per case #1256221
and programmed
```

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of outstanding pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

| | | | |
|--|--|--|--|
| LABOR AMOUNT | | | |
| PARTS AMOUNT | | | |
| GAS, OIL, LUBE | | | |
| SUBLET AMOUNT | | | |
| MISC. CHARGES | | | |
| TOTAL CHARGES | | | |
| LESS INSURANCE | | | |
| SALES TAX | | | |
| **PLEASE PAY THIS AMOUNT** | | | |

TERMS: CASH OR VISA - MASTERCARD DISCOVER

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL:* As a result of Federal and State Mandated Management rules, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

Notice to Consumer: Please read important information on back.

*VAHE H VORPERIAN* | **INVOICE** | Invoice #: **422258** |  
--- | --- | --- | ---

Tag #: **Y5604**

# Land Rover Encino

15600 Ventura Blvd.·  Encino, CA 91436  ·  818-990-9870

| Home: | Bus: | Customer #: **7262712** | | | |
|---|---|---|---|---|---|
| Cell: | Email: | | Service Advisor: **9153 JACK ELLIOTT** | BAR # ARD213703 | EPA # CAD 981674872 |

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| | 20 | LAND ROVER VELAR | SALYB2EX0LA266429 | | 28894 | 28894 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 01JAN20 D | | | 19:00 25MAY22 | | | CASH | 10JUN22 | 10:28 25MAY22 | 13:14 10JUN22 |

OPTIONS: DLR:000104 ENG:2.0_Liter

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
C Customer states climate control fan is always on - please check
CAUSE:
    BE001 Miscellaneous Body Electrical - Repair
           9625    CR                                      0.00       0.00
PARTS:     0.00    LABOR:     0.00  OTHER:      0.00    TOTAL LINE C:
28894 corrrupted software verify customer concern, concern       0.00
confirmed fan on check climate control module for software found
software required, performed climate control software updated re test
now ok
               *******************************************
D Customer States entertainment system shuts off/goes black while
           driving - needs to shut off vehicle then turn on again to fix
           it - please check
CAUSE: UPPER SCREEN FREEZES
      870163 INTERACTIVE DISPLAY MODULE 'A' (IDMA) -
         RENEW - VEHICLES WITH INCONTROL TOUCH PRO
          9625    WR                                           (N/C)
       1 LR156769 CONTROL - AUDIO/                             (N/C)
      858722 INTERACTIVE DISPLAY MODULE A (IDMA) -
         UPDATE ECU
          9625    WR                                           (N/C)
      020204 FRED SUBMISSION - PARTICIPATING DEALERS
         ONLY
          9625    WR                                           (N/C)
      FC: DJ
      PART#: LR156769
      COUNT: 1
      CLAIM TYPE:   11
      AUTH CODE:
      VW*JV1
PARTS:     0.00    LABOR:     0.00  OTHER:      0.00    TOTAL LINE D:
28894 integrity at upper screen failure performed system diagnosis  0.00
to verify concern, concern confirmed, upper screen flickering and crack
around open case #1256320 screen approved renew upper screen and
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

| | TERMS: CASH OR VISA · MASERCARD DISCOVER | LABOR AMOUNT | |
|---|---|---|---|
| | | PARTS AMOUNT | |
| | **NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.** | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES | |
| | *HAZARDOUS WASTE DISPOSAL:* | TOTAL CHARGES | |
| | | LESS INSURANCE | |
| | | SALES TAX | |
| | | **PLEASE PAY THIS AMOUNT** | |

Notice to Consumer: Please read important information on back.

*VAHE H VORPERIAN*  |  **INVOICE**  |  Invoice #: **422258**  |    |  

Tag #: **Y5604**

**Land Rover Encino**

16800 Ventura Blvd., Encino, CA 91436   818-990-9970

| Home: | | Bus: | Customer #: **7262712** | | | BAR # ARD213703 | | | EPA # CAD 981674872 |
|---|---|---|---|---|---|---|---|---|---|

Cell: _____ Email: _____   Service Advisor: **9153 JACK ELLIOTT**

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER VELAR | | SALYB2FX0LA266429 | | | 28894 | 28894 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 01JAN20 D | | | 19:00 25MAY22 | | | CASH | 10JUN22 | 10:28 25MAY22 | 13:14 10JUN22 |

OPTIONS: DLR:000104 ENG:2.0_Liter

```
           program as per case #1256320
                ****************************************************
E Customer States emergency key in fob is not working in door
    CSIN Customer States emergency key in fob is not
          working in door
          9625IREPS
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE E:     (N/C)
                                                                          0.00
  28894 N.F.F operated emergency blade key to verify customer concern
  unable to duplicate concern blade key open driver door correctly
                ****************************************************
F Customer requests loaner car
    CSLC Customer requests loaner car
          9625IREPS
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE F:     (N/C)
                                                                          0.00
                ****************************************************
G Customer req options for extended contract purchase
    CSEW Customer req options for extended contract
          purchase
          9625IREPS
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE G:     (N/C)
                                                                          0.00
                ****************************************************
H Customer requested to have Multi Point Inspection performed this
          visit
    MULTI-A Customer requested to have Multi Point
          Inspection performed this visit
          9625IREPS
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE H:     (N/C)
                                                                          0.00
  28894 Inspection Completed front and rear pads at 8mm, tread front
  and rear at 8mm, pressure 37psi rear 45psi and top up fluids.
                ****************************************************
  ~|2871

  8183225296
```

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

| | | |
|---|---|---|
| ORIGINAL EST. | THIS FORM IS AN ITEMIZED LIST OF REPAIRS SUBJECT TO ALL THE CONDITIONS OF THE ORIGINAL REPAIR ORDER. | I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE. SIGN X |

| REVISED ESTIMATE A | ADDL COST | DATE | TIME | IN PERSON / PHONE | AUTHORIZED BY |
|---|---|---|---|---|---|
| REASON | | | | | |

| REVISED ESTIMATE B | ADDL COST | DATE | TIME | IN PERSON / PHONE | AUTHORIZED BY |
|---|---|---|---|---|---|
| REASON | | | | | |

SERVICE INSTALLED PARTS | DATE INSTALLED | MO. | DAY | YEAR | ACCRUED MILEAGE

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR ONE (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S OR DEALER.

| (MEXICO) | DEALER, GENERAL MANAGER OR AUTHORIZED PERSON | (DATE) |
|---|---|---|
| CUSTOMER SIGNATURE | | |

**TERMS: CASH OR VISA - MASTERCARD DISCOVER**

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulations, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

| LABOR AMOUNT | | |
|---|---|---|
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| **PLEASE PAY THIS AMOUNT** | | |

(T O T A L S)

Notice to Consumer: Please read important information on back.

Copyright 2011 CDK Global, LLC   BMF SERVICE INVOICE - XSGC - 1G01004 - INACMD

*VAHE H VORPERIAN*  **INVOICE**  Invoice #: **422258**   

Tag #: **Y5604**  **Land Rover Encino**

15900 Ventura Blvd., Encino, CA 91436   818-880-9870

| Home: | | Bus: | | Customer #: **7262712** | | | | |
|---|---|---|---|---|---|---|---|---|
| Cell: | | Email: | | | | | | |

Service Advisor: **9153 JACK ELLIOTT**  BAR # ARD213703   EPA # CAD 981574872

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | | | 28894 | 28894 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 25MAY22 | | | CASH | 10JUN22 | 10:28 25MAY22 | 13:14 10JUN22 |

OPTIONS: DLR:000104 ENG:2.0_Liter

```
EST: 0.00          25MAY22 10:28   SA: 9153          * Contact Method *
           !!!!!!! AUTHORIZED ESTIMATE WAS MODIFIED !!!!!!!!!
           ********************************************
```

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

*Customer Copy*

| | AMOUNT |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **0.00** |

Notice to Consumer: Please read important information on back.

*Page 4 of 4*

Copyright 2014 CDK Global, LLC  EMP SERVICE INVOICE - XSXG - 08963H - IMAGING

*SANA H VORPERIAN*          **ACCOUNTING**          Invoice #: **425734**

Tag #: **4265**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Home:                    Bus:                    Customer #: **7262712**

Cell:

Service Advisor: **9084 ROBERT SORIANO** BAR # ARD213703          EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | | | 33006 | 33006 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 10OCT22 | | | CASH | 18OCT22 | 09:46 10OCT22 | 11:50 18OCT22 |

OPTIONS: DLR:000104 ENG:2.0_Liter

We are a proud retailer of *Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
A C/S COOLANT LEVEL KEEPS GOING LOW AND REQUIRES CONSTANT TOP OFF.
BURNING SMELL AND SMOKE SEEN COMING FROM UNDER HOOD AREA. CHECK
AND ADVISE
CAUSE: F
     263152 PIPE / HOSE - COOLANT RETURN -
       TURBOCHARGER - RENEW
       5588    WR   1.06   0.20     660    4142                       41.42     41.42
     1 LR092089 CONNECTION -
     WAT                             3547    6902     0    69.02      69.02     69.02
     1 LR134606 CONNECTION -
     WAT                             3502    6815     0    68.15      68.15     68.15
     1 LRN2279 FLUID - COOLING      1849    3598     0    35.98      35.98     35.98
     020202 DRIVE IN-DRIVE OUT
       5588    WR   0.00   0.20     660    4142                       41.42     41.42
     261007 COOLING SYSTEM - PRESSURE TEST
       5588    WR   0.00   0.20     660    4142                       41.42     41.42
     263151 PIPE / HOSE - COOLANT FEED - TURBOCHARGER
       - RENEW
       5588    WR   0.00   1.00    3300   20708                      207.08    207.08
                                           8898    17315 TPARTS
                                           5280    33134 TLABOR
PARTS:    173.15  LABOR:    331.34  OTHER:    0.00    TOTAL LINE A:            504.49
VERSION 1 (EMP# 5588,15OCT22 09:29): 33006 TURBO TUBES PERFORM
WORKSHOP MANUAL CHECK PERFORM COOLANT PRESSURE TEST AND FOUND COOLANT
LEAKS COMING FROM TURBO COOLANT CONNECTIONS WATER TUBES. REMOVED
COOLANT TUBES AND FOUND DEFECTED SEAL INSTALLED NEW COOLANT TUBES.
FILLED WITH NEW COOLANT AND PERFORM COOLANT PRESSURE TEST AGAIN AND
COOLANT SYSTEM WAS HOLDING PRESSURE NO MORE LEAKS.
B C/S IPHONE WILL NOT CONNECT TO APPLE CAR PLAY. CHECK AND ADVISE
     12 C/S IPHONE WILL NOT CONNECT TO APPLE CAR PLAY.
       CHECK AND ADVISE
       5588    CR   0.00   0.00       0       0                        0.00      0.00
PARTS:     0.00  LABOR:      0.00  OTHER:    0.00    TOTAL LINE B:             0.00
VERSION 1 (EMP# 5588,15OCT22 09:40): 33006 CAR PLAY PERFORM
```

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

PARTS DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 AM to 5:30 PM
SATURDAY
8:00 AM TO 2:00 PM

*Accounting Copy*

| | | |
|---|---|---|
| TERMS: CASH OR VISA · MASERCARD DISCOVER | LABOR AMOUNT | |
| NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| *HAZARDOUS WASTE DISPOSAL:* As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.          *Page 1 of 3*

Copyright 2004 CDK Global, LLC  RMP SERVICE INVOICE INVCPG · KSIOC · 9C92064 · RAS/ING

*SANA H VORPERIAN*    **ACCOUNTING**    Invoice #: **425734**

Tag #: **4265**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Home: ·    Bus:    Customer #: **7262712**

Cell:    Service Advisor: **9084 ROBERT SORIANO** BAR # ARD213703    EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|-------|------|------------|--|-----|--|---------|------------|-------------|
| | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | | | 33006 | 33006 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 10OCT22 | | | CASH | 18OCT22 | 09:46 10OCT22 | 11:50 18OCT22 |

OPTIONS: DLR:000104 ENG:2.0_Liter

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
       WORKSHOP MANUAL CHECK SCANNED (IMC) HAD NO FAULT CODES AND SOFTWARE IS
       UP TO DATE.  TESTED APPLE CARPLAY AND ANDROID AUTO BOTH ARE WORKING AS
       DESIGN. JLR RECOMMENDS TO USED OEM USB CABLES.
       C Customer requested to have Multi Point Inspection performed this
         visit
         MULTI-A Customer requested to have Multi Point
             Inspection performed this visit
             5588IREPS  0.15  0.00        0        0                    0.00      0.00
       GBATT BATTERY TESTS GOOD AT THIS TIME - NO
         ATTENTION NEEDED AT THIS TIME
             5588IREPS  0.00  0.00        0        0                    0.00      0.00
       GTIRE  TIRES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
         ON YOUR NEXT VISIT
             5588IREPS  0.00  0.00        0        0                    0.00      0.00
       GBK BRAKES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
         ON YOUR NEXT VISIT
             5588IREPS  0.00  0.00        0        0                    0.00      0.00
       PARTS:     0.00  LABOR:    0.00  OTHER:      0.00   TOTAL LINE C:    0.00
       VERSION 1 (EMP# 5588,15OCT22 09:35): 33006 CDK PERFORM MULTI POINT
       INSPECTION WITH CDK
       D SERVICE LOANER - 10/10/22
         66LRZ1 SERVICE LOANER - 10/10/22
             5588IRERS  0.00  0.00        0        0                    0.00      0.00
       PARTS:     0.00  LABOR:    0.00  OTHER:      0.00   TOTAL LINE D:    0.00
       ****************************************************************
       ESTIMATE: 0.00               10OCT22 09:46  SA: 9084
         CONTACT:
       ****************************************************************
```

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|------|-------|--------|----------|------|------|---------|-----|
| 10-11-22 | 11:03 | 11:24 | 0.35 | W | 5588 | A | |
| 10-15-22 | 09:23 | 09:40 | 0.28 | W | 5588 | A | Y |

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

PARTS DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 AM TO 5:30 PM
SATURDAY
8:00 AM TO 2:00 PM

*Accounting Copy*

| | | |
|--|--|--|
| ORIGINAL EST. | | |
| REVISED ESTIMATE | | |
| REASON | | |
| REVISED ESTIMATE | | |
| REASON | | |

TERMS: CASH OR
VISA · MASERCARD
DISCOVER
NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.
"HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

| LABOR AMOUNT | |
|--------------|--|
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.

Page 2 of 3

Copyright 2014 CDK Global, LLC · DMF SERVICE INVOICE · KSSC · 98RC994 · IMAGING

*SANA H VORPERIAN*  **ACCOUNTING**   Invoice #: **425734**

Tag #: **4265**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 980-1506

Home: Bus: Customer #: **7262712**

Cell:

Service Advisor: *9084 ROBERT SORIANO* BAR # ARD213703   EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | | 33006 | 33006 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 10OCT22 | | | CASH | 18OCT22 | 09:46 10OCT22 | 11:50 18OCT22 |

OPTIONS: DLR:000184 ENG:2.0_Liter

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. **Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

| | | | | | |
|---|---|---|---|---|---|
| 09:40 | 09:40 | 0.00 | W | 5588 | A |
| 09:40 | 09:49 | 0.15 | W | 5588 | C |
| 09:49 | 10:15 | 0.43 | W | 5588 | A | Y |

| TRGT/ACCOUNT | SALE | COST | CONTROL | TRGT/ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 692/1515 | 33134 | 5280 | | 692/1482 | 17315 | 8898 | |
| 692/1500C | 0 | 0 | | 692/1520 | 0 | 0 | |
| 692/1263 | 50449 | ****** | | 692/1226S | 0 | ****** | |
| 692/1105S | 0 | ****** | | 692/1108S | 0 | ****** | |

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

COST, SALE, & COMP TOTALS   14178   50449   0

**PARTS DEPT. HOURS:**
MONDAY THRU FRIDAY
7:00 AM to 5:30 PM
SATURDAY
8:00 AM TO 2:00 PM
*Accounting Copy*

| | | |
|---|---|---|
| LABOR AMOUNT | | 0.00 |
| PARTS AMOUNT | | 0.00 |
| GAS, OIL, LUBE | | 0.00 |
| SUBLET AMOUNT | | 0.00 |
| MISC. CHARGES | | 0.00 |
| TOTAL CHARGES | | 0.00 |
| LESS INSURANCE | | 0.00 |
| SALES TAX | | 0.00 |
| PLEASE PAY THIS AMOUNT | | 0.00 |

TERMS: CASH OR VISA - MASERCARD DISCOVER
NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

Notice to Consumer: Please read important information on back.

*SANA H VORPERIAN*     **INVOICE**     Invoice #: **429723**

Tag #: **B3951**

 

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

| Home: | | Bus: | Customer #: **7262712** | | | | |
|---|---|---|---|---|---|---|---|
| Cell: | | | | Service Advisor: **9237 MARK SHULER** | | BAR # ARD213703 | EPA # CAD 981674872 |

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| Black | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | **8XIY926** | 38016 | 38017 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 22MAR23 | | | CASH | 14APR23 | 09:06 22MAR23 | 12:38 14APR23 |

OPTIONS: DLR:000104 ENG:2.0_Liter

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

```
A COOLANT LEVEL LOW CUSTOMER NEEDS TO TOP OFF MAY TIMES
CAUSE:
     264009 AUXILIARY RADIATOR - RENEW                              (N/C)
          8320     WR                                               (N/C)
        1 LR140294 RADIATOR - AUXIL                                 (N/C)
        1 LR137976 DEFLECTOR - AIR                                  (N/C)
        1 LRN2279 FLUID - COOLING                                   (N/C)
        2 KYP500320 SCREW                                           (N/C)
     990020 AUXILIARY RADIATOR DUCT - SINGLE - RENEW
          8320     WR                                               (N/C)
     261007 COOLING SYSTEM - PRESSURE TEST
          8320     WR                                               (N/C)
     020202 DRIVE IN-DRIVE OUT
          8320     WR                                               (N/C)
PARTS:     0.00   LABOR:        0.00   OTHER:     0.00   TOTAL LINE A:   0.00
38016 AUXILIARY RADIATOR LEAKING CONFIRMED PANEL DISPLAYS LOW
COOLANT WARNING, RESERVOIR IN FACT LOW, PERFORMED COOLANT SYSTEM
PRESSURE TEST AT 15psi FOR 5 MINUTES: 5psi LOSS OF PRESSURE INDICATES
LEAK IN SYSTEM AND FOUND COOLANT DRIPPING TO FLOOR AT RIGHT FRONT AREA,
REMOVE RIGHT WHEEL AND LINER FOR ACCESS, FOUND AUX RADIATOR LEAKING,
PERFORMED BULLETIN JLRTB02027- REPLACE AUXILIARY RADIATOR WITH UPDATED
PARTS. UPON REPAIRS RADIATOR SUPPORT RETAINING SCREWS WERE TOO SHORT TO
TORQUE AND REPLACED WITH LONGER SCREWS, PERFORMED COOLANT SYSTEM VACUUM
FILL DUE TO COOLANT LOSS FROM LEAK, PERFORMED SYSTEM PRESSURE TEST AT
15psi FOR 5 MINUTES: 0 LOSS OF PRESSURE INDICATES LEAK FREE SYSTEM.
CUSTOMER CONCERN DID NOT RETURN AT THIS TIME.
     *****************************************************
B CUSTOMER STATES PILLAR TRIMS A/B/C/D FINISH COMING OFF.
CAUSE:
     764339 WINDSHIELD FINISHER - LEFT SIDE - RENEW                 (N/C)
          8320     WR                                               (N/C)
        1 LR148904 FINISHER - OUTER                                 (N/C)
        1 LR148887 FINISHER - 'B' P                                 (N/C)
        1 LR148893 FINISHER - 'B' P                                 (N/C)
```

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

PARTS DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 AM to 5:30 PM
SATURDAY
8:00 A.M to 3:00 P.M
*Customer Copy*

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL EST. | | | | TERMS: CASH OR VISA · MASERCARD DISCOVER | LABOR AMOUNT | |
| REVISED ESTIMATE | A | ADDL COST | DATE | TIME | | PARTS AMOUNT | |
| RDASCN | | | | NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | GAS, OIL, LUBE | |
| REVISED ESTIMATE | B | ADDL COST | DATE | TIME | | SUBLET AMOUNT | |
| RDASON | | | | | MISC. CHARGES | |
| | | | | *HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc. | TOTAL CHARGES | |
| SERVICE INSTALLED PARTS | DATE INSTALLED | MO. | DAY | YR. | ACCRUED MILEAGE | LESS INSURANCE | |
| | | | | | SALES TAX | |
| CUSTOMER SIGNATURE | | | | | PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.     **Page 1 of 5**

*SANA H VORPERIAN*          **INVOICE**          Invoice #: **429723**

Tag #: **B3951**



**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Home:          Bus:          Customer #: **7262712**

Cell:

Service Advisor: *9237 MARK SHULER*          BAR # ARD213703          EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| Black | 20 | LAND ROVER VELAR | SALYB2EX0LA266429 | 8XIY926 | 38016 | 38017 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 01JAN20 D | | | 19:00 22MAR23 | | | CASH | 14APR23 | 09:06 22MAR23 | 12:38 14APR23 |

OPTIONS: DLR:000104 ENG:2.0_Liter

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
      1 LR092716 FINISHER - 'A' P                                 (N/C)
      1 LR092719 FINISHER - 'A' P                                 (N/C)
      1 LR148914 FINISHER - OUTER                                 (N/C)
      1 LR148906 FINISHER - OUTER                                 (N/C)
      1 LR110617 FINISHER - OUTER                                 (N/C)
      1 LR148911 FINISHER - OUTER                                 (N/C)
      1 LR110618 FINISHER - OUTER                                 (N/C)
 764340 WINDSHIELD FINISHER - RIGHT SIDE - RENEW
      8320    WR                                                  (N/C)
 761339 TRIM FINISHER - REAR DOOR PILLAR - RENEW
      8320    WR                                                  (N/C)
 764203 FINISHER - DOOR FRAME - EXTERIOR - FRONT -
      RENEW
      8320    WR                                                  (N/C)
 763466 C-PILLAR EXTERIOR DOOR FINISHER - RENEW
      8320    WR                                                  (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE B:
38016 LEFT AND RIGHT A/B/C/D PILLAR FINISHER ARE DELAMINATING   0.00
CONFIRMED LEFT AND RIGHT A/B/C/D PILLAR FINISHER ARE DELAMINATING,
PARTS NOT IN STOCK, SPO. REPLACED LEFT AND RIGHT A/B/C/D PILLAR
FINISHER
               ************************************************
C CUSTOMER REQUEST ESTIMATE TO REPLACE DAMAGED FRONT UNDER VALANCE &
      R/F INNER FENDER LINER
      12HOZ CUSTOMER REQUEST ESTIMATE TO REPLACE
      DAMAGED FRONT UNDER VALANCE & R/F INNER
      FENDER LINER
      8320    CR                                          0.00      0.00
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE C:   0.00
38016 SUBMIT ESTIMATE FOR RIGHT FRONT WHEEL LINER AND HARDWARE
               ************************************************
D CUSTOMER STATES PARKING AID SENSORS INOP
CAUSE:
      858816 PARKING ASSIST CONTROL MODULE (PAM) -
```

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

PARTS DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. to 5:30 PM
SATURDAY
8:00 A.M TO 2:00 PM

*Customer Copy*

| | | | | TERMS: CASH OR VISA · MASERCARD DISCOVER | | LABOR AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | | | | | PARTS AMOUNT | |
| | | | | NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | D I S C | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| | | | | | | MISC. CHARGES | |
| | | | | "HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulatory, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. | O U N T S | TOTAL CHARGES | |
| | | | | | | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| | | | | | | PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.

Page 2 of 5

*SANA H VORPERIAN*    **INVOICE**    Invoice #: **429723**

 

Tag #: **B3951**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Home:                    Bus:                Customer #: **7262712**

Cell:

Service Advisor: **9237 MARK SHULER**     BAR # ARD213703          EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|-------|------|------------|--|-----|---------|------------|-------------|
| Black | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | 8XIY926 | 38016 | 38017 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 22MAR23 | | | CASH | 14APR23 | 09:06 22MAR23 | 12:38 14APR23 |

OPTIONS: DLR:000104 ENG:2.0_Liter

| | |
|---|---|
| *We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.* | UPDATE ECU |
| | 8320        WR |
| | PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:     (N/C) 0.00 |
| | 38016 PAM SOFTWARE ERROR CONFIRMED PARKING AID SENSORS ARE INOPERATIVE, CONNECT JLR TOPIX CLOUD DIAGNOSTIC TOOL AND READ DTCS: NO RELATED DTCS STORED IN PAM, PERFORMED PAM RESET, RE-CHECK PARKING AID OPERATION: NOW OK AND FUNCTIONING AS DESIGNED. THIS CONFIRMED PAM SOFTWARE ERROR *NOTED FRONT BUMPER HAS SIGNS OF PREVIOUS DAMAGE/REPAIR AND CENTER-LEFT PAM SENSOR IS NOT FITTED FLUSH* |

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

```
                    UPDATE ECU
                       8320        WR
PARTS:        0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE D:          (N/C)
                                                                                 0.00
38016 PAM SOFTWARE ERROR CONFIRMED PARKING AID SENSORS ARE
INOPERATIVE, CONNECT JLR TOPIX CLOUD DIAGNOSTIC TOOL AND READ DTCS: NO
RELATED DTCS STORED IN PAM, PERFORMED PAM RESET, RE-CHECK PARKING AID
OPERATION: NOW OK AND FUNCTIONING AS DESIGNED. THIS CONFIRMED PAM
SOFTWARE ERROR *NOTED FRONT BUMPER HAS SIGNS OF PREVIOUS DAMAGE/REPAIR
AND CENTER-LEFT PAM SENSOR IS NOT FITTED FLUSH*
************************************************************
E CUSTOMER STATES UPPER SCREEN MAKES NOISE WHEN TURNING OFF &
         RETRACTING INTO DASH
   11 CUSTOMER STATES UPPER SCREEN MAKES NOISE WHEN
         TURNING OFF & RETRACTING INTO DASH
         8320        CR                                  0.00        0.00
PARTS:        0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE E:          0.00
38016 NO FAULT FOUND CHECK INFOTAINMENT SCREEN OPERATION: OK AND
OPERATING AS DESIGNED, COULD NOT VERIFY CUSTOMER CONCERN AT THIS TIME
AND NO FAULT FOUND
************************************************************
F Multi-A Multi Point Inspection to be performed on this visit as a
         courtesy to the Customer
   MULTI-A Multi-A Multi Point Inspection to be
         performed on this visit as a courtesy to the
         Customer
         8320IREPS                                                   (N/C)
PARTS:        0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE F:          0.00
38016 PERFORMED MPI. SEE ATTACHED PRINT-OUT AND MEDIA
************************************************************
G** AUXILARY RADIATOR - REPLACE. AUXILARY RADIATOR DAMAGED DUE TO
         OUTSIDE INFLUENCE/DAMAGE, RECOMMEND REPLACE WITH UPDATED PARTS.
CAUSE: AUXILARY RADIATOR DAMAGED DUE TO OUTSIDE INFLUENCE/DAMAGE,
         RECOMMEND REPLACE WITH UPDATED PARTS.
         CS35 AUXILARY RADIATOR - REPLACE
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicle Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

| | | |
|---|---|---|
| | TERMS: CASH OR VISA • MASERCARD DISCOVER | LABOR AMOUNT |
| | | PARTS AMOUNT |
| | **NOTE: BY LAW, YOU MAY** CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | GAS, OIL, LUBE |
| | | SUBLET AMOUNT |
| | | MISC. CHARGES |
| | "HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc. | TOTAL CHARGES |
| | | LESS INSURANCE |
| | | SALES TAX |
| | | PLEASE PAY THIS AMOUNT |

**PARTS DEPT. HOURS:**
MONDAY THRU FRIDAY
7:00 AM TO 5:30 PM
SATURDAY
8:00 AM TO 2:00 PM

*Customer Copy*

**Notice to Consumer: Please read important information on back.**

*Page 3 of 5*

Copyright 2014 CDK Global, LLC  EVF SE 04/20, INVOICE • R2302 • 9925304 • JIMGING

*SANA H VORPERIAN*                    **INVOICE**         Invoice #: **429723**               

Tag #: **B3951**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

| Home: | Bus: | Customer #: **7262712** | | | |
|---|---|---|---|---|---|
| Cell: | | Service Advisor: **9237 MARK SHULER** | BAR # ARD213703 | | EPA # CAD 981674872 |

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| Black | 20 | LAND ROVER VELAR | | SALYB2EX0LA266429 | 8XIY926 | 38016 | 38017 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 01JAN20 D | | | 19:00 22MAR23 | | | CASH | 14APR23 | 09:06 22MAR23 | 12:38 14APR23 |

OPTIONS: DLR:000104 ENG:2.0_Liter

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be Identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
                      8320IREPS
PARTS:          0.00 LABOR:   0.00  OTHER:     0.00   TOTAL LINE G:      (N/C)
38016                                                                    0.00
            ******************************************************
H** EXTERIOR TRIM FINNISHERS - REPLACE. EXTERIOR TRIM FINNISHERS ARE
    DELAMINATING/FADED
CAUSE: EXTERIOR TRIM FINNISHERS ARE DELAMINATING/FADED
    BY001 Miscellaneous Body - Repair
                      8320IREPS
PARTS:          0.00 LABOR:   0.00  OTHER:     0.00   TOTAL LINE H:      (N/C)
38016                                                                    0.00
            ******************************************************
********************************************************************
ESTIMATE: 0.00              22MAR23 09:06  SA: 9237
      !!!!!!! AUTHORIZED ESTIMATE WAS MODIFIED !!!!!!!!!
********************************************************************

*******THE FOLLOWING WORK WAS RECOMMENDED BUT NOT PERFORMED*******************
,,      DESCRIPTION: BR15 REAR BRAKE PADS - REPLACE. REAR BRAKES WORN TO YELLOW, PADS
,,      REASON DENIED: NO No reason stated
,,PERSON CONTACTED: SANA VORPERIAN
,,         COMMENTS: None
,, RECOMMENDED BY: 9237     SHULER       DENIAL ADDED BY: 9237     SHULER
,, LINE ASSOCIATED:                      ESTIMATE:     564.32

,,      DESCRIPTION: MA49 4 TIRES - REPLACE. ALL TIRES WORN TO RED AND IS SAFTY CONCE
,,      REASON DENIED: NO No reason stated
,,PERSON CONTACTED: SANA VORPERIAN
,,         COMMENTS: None
,, RECOMMENDED BY: 9237     SHULER       DENIAL ADDED BY: 9237     SHULER
,, LINE ASSOCIATED:                      ESTIMATE:    1196.96
```

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of outside pending recalls or other service campaigns issued by manufacturers of other makes and models.

**PARTS DEPT. HOURS:**
MONDAY THRU FRIDAY
7:00 AM TO 5:30 PM
SATURDAY
8:00 A.M TO 2:00 PM
*Customer Copy*

| | | | | | | | TERMS: CASH OR VISA - MASTERCARD DISCOVER | LABOR AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL EST. | | | | | | | | PARTS AMOUNT | |
| REVISED ESTIMATE | A | ADDL COST | DATE | TIME | IN PERSON / PHONE | AUTHORIZED BY | NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | GAS, OIL, LUBE | |
| REASON | | | | | | | | SUBLET AMOUNT | |
| REVISED ESTIMATE | B | ADDL COST | DATE | TIME | IN PERSON / PHONE | AUTHORIZED BY | | MISC. CHARGES | |
| REASON | | | | | | | *HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Environmental Regulation, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc. | TOTAL CHARGES | |
| SERVICE INSTALLED PARTS | DATE INSTALLED | MO | DAY | YEAR | ACCRUED MILEAGE | | | LESS INSURANCE | |
| | | | | | | | | SALES TAX | |
| | | | | | | | | PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.      *Page 4 of 5*

Copyright 2014 CDK Global, LLC  ®AN SERVICE INVOICE • REICD • 9690904 • IMAGING

*SANA H VORPERIAN*          **INVOICE**          Invoice #: **429723**

Tag #: **B3951**

**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Home:                    Bus:                    Customer #: **7262712**

Cell:                                                                    Service Advisor: *9237 MARK SHULER*          BAR # ARD213703          EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|-------|------|------------|-----|---------|-----------|-------------|
| Black | 20 | LAND ROVER VELAR | SALYB2EX0LA266429 | 8XIY926 | 38016 | 38017 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|----------|-----------|------------|----------|--------|------|---------|-----------|-------------|-------|
| 01JAN20 D | | | 19:00 22MAR23 | | | CASH | 14APR23 | 09:06 22MAR23 | 12:38 14APR23 |

OPTIONS: DLR:000104 ENG:2.0_Liter

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
          DESCRIPTION:  MA79 ALIGNMENT. RECOMEMND AFTER TIRE REPLACMENT TO CORRECT ALIGN
          REASON DENIED:  NO No reason stated
  PERSON CONTACTED:  SANA VORPERIAN
          COMMENTS:  None
          RECOMMENDED BY:  9237    SHULER            DENIAL ADDED BY: 9237    SHULER
          LINE ASSOCIATED:                           ESTIMATE:    199.99

          DESCRIPTION:  MA10 Oil and Filter - Change. NO SERVICE HISTORY ON FILE, OIL LE
          REASON DENIED:  NO No reason stated
  PERSON CONTACTED:  SANA VORPERIAN
          COMMENTS:  None
          RECOMMENDED BY:  9237    SHULER            DENIAL ADDED BY: 9237    SHULER
          LINE ASSOCIATED:                           ESTIMATE:    462.34

          DESCRIPTION:  RIGHT WHEEL ARCH LINER + HARDWARE - REPLACE
          REASON DENIED:  NO No reason stated
  PERSON CONTACTED:  SANA VORPERIAN
          COMMENTS:  None
          RECOMMENDED BY:  9237    SHULER            DENIAL ADDED BY: 9237    SHULER
          LINE ASSOCIATED:                           ESTIMATE:    769.40
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicle Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**PARTS DEPT. HOURS:**
MONDAY THRU FRIDAY
7:00 AM TO 5:30 PM
SATURDAY
8:00 AM TO 2:00 PM
*Customer Copy*

**TERMS: CASH OR VISA - MASTERCARD DISCOVER**
NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

"HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Environmental Regulations, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

| | AMOUNT |
|---|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | **0.00** |

Notice to Consumer: Please read important information on back.

Copyright 2014 GDK Cloud, LLC  EMF SERVICE INVOICE • KS GC • 868094 • IMAGINC

SANA H VORPERIAN

**\*INVOICE\***

JAGUAR   LAND ROVER
**Jaguar Land Rover Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9870
Fax: (818) 990-1506

Invoice #: **430416**

Tag #: **B3039**

Customer #: **7262712**

Service Advisor: **9237 MARK SHULER**

BAR # ARD213703

EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| Black | 20 | LAND ROVER VELAR | SALYB2EX0LA266429 | 8XIY926 | 38396 | 38450 |

| Cell: | Bus: | Email: | | | | |
|---|---|---|---|---|---|---|
| DEL DATE | PROD. DATE | WARR. EXP. | RATE | PAYMENT | R.O. OPENED | READY |
| 01JAN20 D | DLR:000104 ENG:2.0 Liter | PROMISED 19:00 18APR23 | PO NO. | CASH | 08:52 18APR23 | 07:14 23MAY23 |

OPTIONS: DLR:000104 ENG:2.0 Liter

INV. DATE 23MAY23

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
                              8320IREPS                                    (N/C)
        YBK BRAKES-YELLOW BRAKES CLOSE TO REPLACEMENT                       (N/C)
                              8320IREPS
              GBATT BATTERY TESTS GOOD AT THIS TIME - NO                    (N/C)
              ATTENTION NEEDED AT THIS TIME
PARTS:        8320IREPS                                                      0.00
38396 PERFORMED MPI.  SEE ATTACHED PRINT-OUT AND MEDIA. SET TIRE
PRESSURES FRONT: 37psi/ REAR: 41psi
LABOR:        0.00   OTHER:        0.00   TOTAL LINE B:
********************************************************
ESTIMATE: 0.00
********************************************************
                              18APR23 08:52   SA: 9237
```

not authorized to perform recall non-Dealer brand vehicles and vehicles Safety and Condition ... or service does not include a whole pending recalls or service ... by manufacturers of other ... es and models.

| ORIGINAL EST. | | | | LIST OF CONDITIONS/ORDER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REVISED ESTIMATE | A | ADDL COST | | | | | | LA... | PAR... | ... |
| | | ADDL COST | | | TERMS: CASH OR VISA - MASERCARD DISCOVER | | | GAS... | SU... | ... |

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

\*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulation, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, ...

... DEPT. HOURS:
... THRU FRIDAY
... M TO 5:30 PM
... TURDAY
... M TO 2:00 PM
...mer Copy

Notice

**Page 2**

*INVOICE*

**JAGUAR LAND ROVER Woodland Hills**
22006 West Erwin Street
Woodland Hills, CA 91367
Phone: (818) 990-9970
Fax: (818) 990-1506

Invoice #: **430416**
Tag #: **B3039**
Customer #: **7262712**

| Bus: | | | | | | |
| Email: | | | | | | |

| COLOR | YEAR | MAKE/MC | Service Advisor: 9237 MARK SHULER | BAR # ARD213702 | EPA # CAD 981674872 |
| Black | 20 | LAND ROVER VELAR | | | |
| DEL DATE | PROD. DATE | WARR. EXP. | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
| 01JAN20 D | | PROMISED | SALYB2EXOLA266429 | 8XIY926 | 38396 | 38450 |
| OPTIONS: DLR:000104 ENG:2.0 Liter | | 19:00 18APR23 | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| | | | | | CASH | 23MAY23 | 08:52 18APR23 | 07:14 23MAY23 |

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*". These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

---

A COOLANT LEAKING - 45
45LRZA  COOLANT LEAKING - 45
8320     WR
1  LR139052 COOLER - ENGINE
1  LR176660 CAP - OVERFLOW
PARTS:
38450  INTERNAL COOLANT LEAK  0.00 OTHER:         0.00     TOTAL LINE A:
       0.00     LABOR: OVERFLOW          (N/C)
CONFIRMED LOW COOLANT LEAK  TURBOCHARGER COOLER CHECK PANEL AND
LOW, PERFORMED COOLANT WARNING SYSTEM IS ON AND COOLANT RESERVOIR IS IN FACT
FAILED WITH NO VISUAL OUTSIDE LEAK EVIDENT, VEHICLE HAS LONG HISTORY OF
COOLANT LEAKS, WHEN FILLING PRESSURE TEST AT MAX 25psi FOR 15min-
COOLANT CAP LEAKING, REPLACED COOLANT SYSTEM TO MAX FOUND RADIATOR
LOW COOLANT PERSISTED, OPEN JLB-TA-358 TO MAX FOUND RADIATOR
SPARK PLUGS AND PERFORM COMPRESSION TEST - RESULTED IN GOOD COMPRESSION
220psi ALL CYL, PERFORM LEAK DOWN TEST - RESULTED IN GOOD 98% ALL
CYL, PERFORMED COOLANT COMBUSTION GAS TEST - RESULTED LIGHT READINGS OF
HYDROCARBONS IN COOLANT SYSTEM, ADD UV DYE AND PERFORMED EXTENDED TEST
DRIVE, PERFORMED COOLANT SYSTEM PRESSURE TEST AT MAX 25psi FOR 15min-
RESULTED FAILED WITH NO VISUAL OUTSIDE LEAKS, COLLECT ENGINE OIL SAMPLE
SHROUD ASSY FOR ACCESS, REPLACED TURBOCHARGER AIR COOLER, VACUUM FILL
COOLANT SYSTEM DUE TO LEAKS AND LOSS OF COOLANT FROM REPAIR, PERFORMED
COOLANT SYSTEM PRESSURE TEST AT MAX 25psi FOR 15MIN= PASSED LEAK FREE
SYSTEM, PERFORMED EXTENDED TEST DRIVE AND COOLANT LEVEL STAYED AT SPEC
LEVEL, THIS CONFIRMED INTERNAL COOLANT LEAK AT TURBOCHARGER COOLER.
CUSTOMER CONCERN DID NOT RETURN AT THIS TIME, DRIVE IN/OUT
************************************
B Multi-A Multi Point Inspection to be performed on this visit as a
    courtesy to the Customer
MULTI-A Multi-A Multi Point Inspection to be
   performed on this visit as a courtesy to the
   Customer
   8320IREPS
   RTIRE TIRES-RED TIRES REQUIRE REPLACEMENT          (N/C)

---

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition ... and/or service does not include a review of possible pending recalls or service ... issued by manufacturers of other makes and models

PARTS DEPT. HOURS:
MONDAY THRU FRIDAY
7 00 AM TO 5:30 PM
SATURDAY
8 00 AM TO 2 00 PM

---

| TERMS: CASH OR VISA · MASTERCARD DISCOVER | LABOR AMOUNT | |
| NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| *HAZARDOUS WASTE DISPOSAL. As a result of Federal and State Mandated Management Regulating, a small amount will be charged to disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are ... filter, solvents, ... asbestos, ... | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

PLAINTIFF'S COMPLAINT FOR DAMAGES



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

June 15, 2023

**VIA CERTIFIED U.S. MAIL, USPS Tracking #9589 0710 5270 0623 4459 33**

Jaguar Land Rover North America, LLC
Customer Assistance Center
100 Jaguar Land Rover Way
Mahwah, NJ 07495

|  |  |
|---|---|
| *Re:* | *Vorperian, Sana v. Jaguar Land Rover North America, LLC* |
| *Vehicle:* | *2020 Land Rover Range Rover* |
| *VIN:* | *SALYB2EX0LA266429* |
| *Our File No.:* | *L230606-3233* |

Dear Sir or Madam:

Pursuant to California Civil Code 1793.22(b)(3), please be advised that this office represents the above-named individual regarding claims against your company pursuant to the California Song-Beverly Consumer Warranty Act ("Lemon Law") and the Federal Magnuson-Moss Warranty Act with regard to the above-referenced vehicle. Please direct all future contacts and correspondences to our office as such.

**Having been formally notified of our representation, you are instructed not to contact our client under any circumstances. Direct all inquiries to this office. If you fail to act in conformity with this directive, injunctive relief will be sought against you.**

**Pursuant to California Civil Code 1794(d) and/or 15 U.S.C. 2310(d), you are hereby notified that any settlement made with our client requires payment of our attorneys' fees. If you settle directly with our client and do not make arrangements for payment of our attorneys' fees, we will file suit against you. In addition, you are hereby notified of our attorneys' lien.**

There are numerous defects and non-conformities present in my client's automobile for which relief is sought, and numerous attempts to repair the subject vehicle have been unsuccessful. These defects and non-conformities include, but are not limited to:

1. Defective coolant system – over four (4) failed repair attempts;
2. Defective coolant elbow outlet pipe – over four (4) failed repair attempts;
3. Defective coolant tubes – over four (4) failed repair attempts;
4. Defective auxiliary radiator – over four (4) failed repair attempts;
5. Defective radiator support retaining screws – over four (4) failed repair attempts;
6. Defective coolant reservoir – over four (4) failed repair attempts;

1



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

7. Defective turbocharger air cooler – over four (4) failed repair attempts;
8. Defective radiator coolant cap – over four (4) failed repair attempts;
9. Defective engine – over one (1) failed repair attempts;
10. Defective engine mount vacuum hose – over one (1) failed repair attempts;
11. Defective driver's seat – over one (1) failed repair attempts;
12. Defective interactive display control module (IDCM) – over two (2) failed repair attempts;
13. Defective lower infotainment screen – over two (2) failed repair attempts;
14. Defective upper infotainment screen – over two (2) failed repair attempts;
15. Defective infotainment system – over two (2) failed repair attempts;
16. Defective parking assist control module (PAM) software – over one (1) failed repair attempts;
17. Defective parking aid sensors – over one (1) failed repair attempts;
18. Defective climate control module software – over one (1) failed repair attempts;
19. Defective left and right A/B/C/D pillars finishers – over one (1) failed repair attempts;
20. Defective powertrain control module (PCM) software – over one (1) failed repair attempts;
21. Any additional complaints made by my client, whether or not they are contained in your company's records or on any repair orders.

The defects and non-conformities listed above constitute a substantial impairment in the use, value and safety of the subject vehicle. As you can see in your records, my client has been most accommodating with respect to the constant and continuing problems associated with the subject vehicle. Despite five (5) failed repair visits for the same non-conformities, the subject vehicle remains defective. Moreover, the subject vehicle has been at the dealership undergoing repairs in excess of ninety-six (96) days. As such, the subject vehicle qualifies for a statutory repurchase under the presumption clause of the Song-Beverly Consumer Warranty Act. Therefore, there has been a failure and refusal to conform the subject vehicle to its expressed and implied warranties under the law. Due to these defects and non-conformities, my client has justifiably lost confidence in the vehicle and has limited use of the vehicle. When my client acquired the vehicle, my client did not expect to receive a defective vehicle that would endanger her life.

Therefore, you are hereby notified that my client is revoking acceptance of this vehicle. My client has directed me to demand the cancellation of the contracts and the return of all funds paid towards this vehicle, including any trade-in value given, all collateral charges, finance charges and any incidental and consequential damages, plus civil penalties. The subject vehicle clearly meets the definition of a "lemon" under the Song-Beverly Consumer Warranty Act. Jaguar Land Rover North America, LLC (JLRNA) is obligated to offer a statutory repurchase/refund. JLRNA's failure to do so constitutes a willful breach of the warranty terms and entitles our client to a recovery of civil penalties twice in the amount of the original contracted sum.

2



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

Our attorneys' fees are minimal at this stage, and we would prefer to resolve this matter without the need for any more time spent on our part or on the part of your attorneys. Accordingly, if you wish to resolve this matter amicably, please feel free to contact my office. If the matter has not been resolved within thirty (30) days from the date of this letter, a lawsuit will be filed.

Failure to offer a remedy within the herein noted deadline or a unilateral request for or statement of self-granted extension of time for pre-litigation evaluation shall not be acceptable and shall be deemed a refusal to offer a timely remedy under the Song-Beverly Consumer Warranty Act. The only acceptable remedy shall be either an unequivocal offer to provide a statutory refund plus fees or an offer to provide a statutory refund plus fees upon confirmation of the history of listed non-conformities, within the herein stated deadline.

Very truly yours,

*/s/ Hovanes Margarian*

Hovanes Margarian
Attorney at Law

3



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

July 25, 2023

**VIA CERTIFIED U.S. MAIL**

Jaguar Land Rover North America, LLC
Customer Assistance Center
100 Jaguar Land Rover Way
Mahwah, NJ 07495
Tracking No. 9589 0710 5270 0623 4457 11

| | |
|---|---|
| *Re:* | *Vorperian, Sana v. Jaguar Land Rover North America, LLC* |
| *Vehicle:* | *2020 Land Rover Range Rover Velar* |
| *VIN:* | *SALYB2EX0LA266429* |
| *Our File No.:* | *L230606-3233* |

## *FINAL NOTICE OF VIOLATION OF CALIFORNIA LAW, INCLUDING BUT NOT LIMITED TO THE CALIFORNIA SONG-BEVERLY CONSUMER WARRANTY ACT ("LEMON LAW") AND THE FEDERAL MAGNUSON-MOSS WARRANTY ACT*

To Whom It May Concern:

Please be advised that we have yet to receive a response about the enclosed notice of violations. The 30-day cure period has now lapsed. If you intend to resolve this matter, please contact us immediately. We are willing to discuss a cash and keep inclusive resolution. If no response is received within 10 days of this correspondence, we will have no choice but to proceed with litigation.

Very truly yours,

*/s/ Hovanes Margarian*

Hovanes Margarian
Attorney at Law

1



## THE MARGARIAN LAW FIRM

AUTOMOTIVE LITIGATION ATTORNEYS
462 West Colorado Street
Glendale, CA 91204



CERTIFIED MAIL

9589 0710 5270 0623 4459 33



UNITED STATES POSTAGE
PITNEY BOWES

$006.35°

MAILED FROM ZIP CODE 91204

Jaguar Land Rover North America, LLC
Customer Assistance Center
100 Jaguar Land Rover Way
Mahwah, NJ 07495

1-866-97-LEMON (1-866-975-3666)
www.MargarianLaw.com
Consumer Class Action – Lemon Law – Auto Dealer Fraud





# THE MARGARIAN LAW FIRM

AUTOMOTIVE LITIGATION ATTORNEYS
462 West Colorado Street
Glendale, CA 91204





9589 0710 5270 0623 4457 11



Jaguar Land Rover North America, LLC
Customer Assistance Center
100 Jaguar Land Rover Way
Mahwah, NJ 07495

1-866-97-LEMON (1-866-975-3666)
www.MargarianLaw.com
Consumer Class Action – Lemon Law – Auto Dealer Fraud

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

9589 0710 5270 0623 4457 11

**CM-010**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Hovanes Margarian, SBN 246359; Armen Margarian, SBN 313775<br>The Margarian Law Firm, 462 West Colorado Street, Glendale, CA 91204<br><br>TELEPHONE NO.: (818) 553-1000          FAX NO.: (818) 553-1005<br>EMAIL ADDRESS: hovanesm@margarianlaw.com<br>ATTORNEY FOR *(Name):* Sana Sarkis Vorperian, an individual | *FOR COURT USE ONLY*<br><br>**Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>5/08/2024 5:24 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By N. Chambers, Deputy Clerk** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS: 9425 Penfield Avenue
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: Chatsworth Courthouse

CASE NAME:
Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| [x] **Unlimited**<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 24CHCV01776 |
| | | | JUDGE: |
| | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>**(Cal. Rules of Court, rules 3.400–3.403)** |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [x] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse<br>condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties          d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel         e. [ ] Coordination with related actions pending in one or more
      issues that will be time-consuming to resolve                         courts in other counties, states, or countries, or in a federal
   c. [ ] Substantial amount of documentary evidence                       court
                                                                f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Seven (7)
5. This case [ ] is   [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 05/08/2024
Hovanes Margarian, Esq.
_____
                    (TYPE OR PRINT NAME)                                          ▶ */s/ Hovanes Margarian*
                                                                    _____
                                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.          Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET** CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability (not asbestos or toxic/environmental) (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
    Contract/Warranty Breach–Seller Plaintiff (not fraud or negligence)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage (not provisionally complex) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (non-domestic relations)
    Sister State Judgment
    Administrative Agency Award (not unpaid taxes)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
    Declaratory Relief Only
    Injunctive Relief Only (non-harassment)
    Mechanics Lien
    Other Commercial Complaint Case (non-tort/non-complex)
    Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (not specified above) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

| SHORT TITLE | CASE NUMBER |
|---|---|
| Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al. | |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases -- unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury / Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| | | |
|---|---|---|
| LASC CIV 109 Rev. 01/23<br>For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC Local Rule 2.3 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action (check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☑ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation** (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE | CASE NUMBER |
|---|---|
| Sana Sarkis Vorperian v. Jaguar Land Rover North America, LLC, et al. | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☐ 1. ☐ 2. ☑ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | | | ADDRESS:<br>12114 Darby Avenue |
|---|---|---|---|
| CITY:<br>Porter Ranch | STATE:<br>CA | ZIP CODE:<br>91326 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the <u>North Valley</u> District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: <u>05/08/2024</u>

*/s/ Hovanes Margarian*

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

Hovanes Margarian SBN 246359
hovanesm@margarianlaw.com
Armen Margarian, SBN 313775
armenm@margarianlaw.com
Shushanik Margarian, SBN 318617
shushanik@margarianlaw.com
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204
Telephone Number: (818) 553-1000
Facsimile Number: (818) 553-1005

Attorneys for Plaintiff
SANA SARKIS VORPERIAN

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/08/2024 5:24 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Chambers, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## THE COUNTY OF LOS ANGELES, NORTH VALLEY JUDICIAL DISTRICT

| | |
|---|---|
| SANA SARKIS VORPERIAN, an individual, | Case No.: 24CHCV01776 |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF DAMAGES** |
| vs. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

 NOW COMES Plaintiff SANA SARKIS VORPERIAN, an individual, ("Plaintiff") by and through Plaintiff's attorneys of record, The Margarian Law Firm, with Plaintiff's Statement of Damages against Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, alleges and affirmatively states as follows:

### DAMAGES

1. Actual Damages:

    a.  Total Sale Price: Fifty-One Thousand Nine Hundred Fifty Dollars and No Cents ($51,950.00)

2. Civil penalties pursuant to Magnuson-Moss Warranty Act, UCC, and California Code:

    a.  Twice the actual damages, hence One Hundred Three Thousand Nine Hundred Dollars and No Cents ($103,900.00)

3. Attorneys' fees:

    a.  At an hourly rate of Seven Hundred Fifty Dollars and No Cents ($750.00)

4. Costs:

| | |
|---|---|
| Filing Fees | Four Hundred Thirty-Five Dollars and No Cents ($435.00) |
| e-Filing Fees | Twenty-Five Dollars and Eighty-Three Cents ($25.83) |
| Service of Process Fees | Eighty Dollars and No Cents ($80.00) |
| Sub-Total | Five Hundred Forty Dollars and Eighty-Three Cents ($540.83) |

///
///
///
///
///
///
///
///
///

PLAINTIFF'S STATEMENT OF DAMAGES

Grand total of One Hundred Fifty-Six Thousand Three Hundred Ninety Dollars and Eighty-Three Cents ($156,390.83) plus attorneys' fees to date at time of settlement or judgment. The proposed form of judgment is an immediate cash payment of the aforementioned sums. This Statement of Damages is subject to amendment.

DATED: 05/08/2024

THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204


By /s/ Hovanes Margarian
Hovanes Margarian
Attorney for Plaintiff
SANA SARKIS VORPERIAN

| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Chatsworth Courthouse<br>9425 Penfield Avenue, Chatsworth, CA 91311 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>05/08/2024<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ N. Chambers _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br>**UNLIMITED CIVIL CASE** | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>24CHCV01776 |

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Andrew E. Cooper | F51 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 05/08/2024
  (Date)

David W. Slayton, Executive Officer / Clerk of Court

By N. Chambers _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

 **Superior Court of California, County of Los Angeles**

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or decision by a judge or jury.

### Main Types of ADR
1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

    **Mediation may be appropriate when the parties**
    - want to work out a solution but need help from a neutral person.
    - have communication problems or strong emotions that interfere with resolution.

    **Mediation may <u>not</u> be appropriate when the parties**
    - want a public trial and want a judge or jury to decide the outcome.
    - lack equal bargaining power or have a history of physical/emotional abuse.

## How to Arrange Mediation in Los Angeles County

Mediation for **civil cases** is voluntary and parties may select any mediator they wish.  Options include:

    a.  **The Civil Mediation Vendor Resource List**
        If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

        • **ADR Services, Inc.** Assistant Case Manager Janet Solis, janet@adrservices.com (213) 683-1600
        • **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

        **These organizations cannot accept every case and they may decline cases at their discretion.** They may offer online mediation by video conference for cases they accept.  Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

        **NOTE:  The Civil Mediation Vendor Resource List program does not accept family law, probate, or small claims cases.**

    b.  **Los Angeles County Dispute Resolution Programs.**  Los Angeles County-funded agencies provide mediation services on the day of hearings in small claims, unlawful detainer (eviction), civil harassment, and limited civil (collections and non-collection) cases. https://dcba.lacounty.gov/countywidedrp/

        **Online Dispute Resolution (ODR).**  Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.  https://my.lacourt.org/odr/

    c.  Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3.  **Arbitration:**  Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome.  In "binding" arbitration, the arbitrator's decision is final; there is no right to trial.  In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.  For more information about arbitration, visit https://www.courts.ca.gov/programs-adr.htm

4.  **Mandatory Settlement Conferences (MSC):**  MSCs are ordered by the Court and are often held close to the trial date or on the day of trial.  The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement.  For information about the Court's MSC programs for civil cases, visit https://www.lacourt.org/division/civil/CI0047.aspx

Los Angeles Superior Court ADR website:  https://www.lacourt.org/division/civil/CI0109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm